IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL No. 1:20-CR-00082-LY |
| | § | |
| (1) VALENTIN CORRALES-SANTANA | § | |

## ORDER

IT IS HEREBY ORDERED that the above entitled and numbered case is set for SENTENCING in Courtroom 7, on the Seventh Floor, United States Courthouse, 501 West 5th Street, Austin, Texas on **Wednesday, May 27, 2020 at 9:00 AM.**

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS FINALLY ORDERED that in the event the services of a court interpreter are required, counsel for the defendant shall notify the United States District Clerk's Office within five days of the date of the hearing.

SIGNED this 11th day of March, 2020.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE